

**MEMORANDUM**

DATE:          January 6, 2012

TO:
               U. S. Magistrate Judge

FROM:          Antonio Candelaria, Jr.
               U. S. Probation Officer

SUBJECT:       Julian Lewis
               Dkt. No.: VA41 1442969
               **Transfer of Jurisdiction for Probation**

---

**Transfer-in Case:**
   Name: **Julian Lewis**
   Date Sentenced: **July 22, 2011**
   Judge: F. **Bradford Stillman**
   Dkt. No. **VA41 1442969**
   Jurisdiction: **Eastern District of Virginia**

A transfer of jurisdiction is recommended in the case of the above referenced offender who was sentenced in another district and is currently being supervised by this officer. The offender has a history of living in this area and it was determined by our office that allowing this individual to reside in this jurisdiction would present the best circumstances for successful reintegration under supervision.

Should you have any questions or need further information, please contact me at 585-5568.

Enclosures:   Probation Form 22
              Judgment
              Indictment - Not Available

Approved by:

SYLVIA PINEDA
Supervising U.S. Probation Officer
(915) 585-6516

AO 245B (Rev. 12/03)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Division


FILED
JUL
CLERK, U.S. ... RT
NOR

UNITED STATES OF AMERICA

v.

Case Number: VA41 1442969

JULIAN LEWIS

Defendant.

Defendant's Attorney:
Phoenix Harris, AFPD

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count one.

Accordingly, the defendant is adjudged guilty of the following count(s) involving the indicated offense(s).

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 18 USC Section 113(a)(4) | Assault | Petty | 11/30/2010 | One |

As pronounced on 07/22/2011, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 26 day of July 2011.

F. Bradford Stillman
United States Magistrate Judge


SCANNED

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case　　　　　　　　　　　　　　　　　　Page 2 of 4
Sheet 4 - Probation

Case Number: VA41 1442969
Defendant's Name: JULIAN LEWIS

## PROBATION

The defendant is hereby placed on probation for a term of ONE YEAR.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of probation.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.

If this judgment imposes a fine or restitution obligation, it is a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF PROBATION

The defendant shall comply with the standard conditions that have been adopted by this court set forth below:
1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer for a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  
Sheet 4A - Probation

Page 3 of 4

Case Number:      VA41 1442969  
Defendant's Name:  JULIAN LEWIS

## SPECIAL CONDITIONS OF PROBATION

While on probation, pursuant to this Judgment, the defendant shall also comply with the following additional conditions:

1) The defendant is directed to participate in substance abuse education/treatment and/or mental health program as directed by the Probation Office.
2) The defendant is sentenced to TIME SERVED as a condition of Probation.
3) The defendant is directed to complete Anger Management treatment as directed by the Probation Officer.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  
Sheet 5 - Criminal Monetary Penalties

Page 4 of 4

Case Number:      VA41 1442969
Defendant's Name: JULIAN LEWIS

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments.

| | Count | Assessment | Fine | Processing Fee |
|---|---|---|---|---|
| | One | $10.00 | $100.00 | $25.00 |
| TOTALS: | | $10.00 | $100.00 | $25.00 |

AO 245B (Rev. 12/03)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case
Confidential Page

Case Number: VA41 1442969
Defendant's Name: JULIAN LEWIS

# CONFIDENTIAL
## Defendant's Personal Information

Social Security Number:
USM Number:
Date Of Birth:
Residence Address:
Mailing Address: