| PROB 22 (Rev05/11) | | | DOCKET NUMBER *(Tran Court)* VA41 1442969 |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** 2012 JAN 9 AM 9:13 | | | DOCKET NUMBER *(Rec. Court)* 3:11-M-6067-NJG |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Julian Lewis El Paso, TX | DISTRICT EASTERN DISTRICT OF VIRGINIA | | DIVISION Norfolk |
| | NAME OF SENTENCING JUDGE The Honorable F. Bradford Stillman | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/22/11 | TO 7/21/12 |

| OFFENSE: Assault |
|---|

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF VIRGINIA**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF TEXAS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

December 22, 2010
*Date*

*[signature]*
*United States Magistrate Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1-09-2012
*Effective Date*

*[signature]*
*United States Judge*